ROBERT A. BUSH (Bar No. 65357)
PETER S. DICKINSON (Bar No. 139495)
GEFFNER & BUSH
A Law Corporation
3500 West Olive Avenue
Suite 1100
Burbank, California 91505-4657
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN and
TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL FILM UK LIMITED, a United Kingdom Corporation,<br><br>Defendant. | Case No. CV 98-6826 GHK (RZx)<br><br>JUDGMENT [AMENDED PROPOSED]<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Upon motion by Plaintiffs herein for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and it appearing to the Court that there is no genuine issue of material facts in dispute,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court grants Plaintiffs, the Trustees of the Screen Actors Guild-Producers Pension Plan and the Trustees of the Screen Actors Guild-Producers Health Plan (hereinafter "the Plans") their motion for

1  summary judgment.  With regard to the audit report provided on or
2  about January 16, 1998 to Total Films UK Limited, a United Kingdom
3  Corporation, the Plans shall recover from Total Films UK Limited, a
4  United Kingdom Corporation, the sum of $56,525.00 for unpaid
5  payroll contributions, attorney's fees of $~~6,808.50~~ 6,508.50, liquidated
6  damages of $11,305.00 interest of $8,864.79, costs of $1,049.06.

8  Dated: 7/15/99

   UNITED STATES DISTRICT JUDGE

Under Fed. R. Civ. P. 54(b), the court hereby makes an express determination that there is no just reason for delay, and expressly directs the entry of judgment in favor of the Plans and against defendant Total Films UK Limited, in the total amount of $84,252.35.

7/15/99

27570.1 11630.8814                    2

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years, employed in the County of Los Angeles, State of California, and I am not a party to the above-entitled cause. I am employed in the office of Geffner & Bush, members of the bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 3500 West Olive Avenue, Suite 1100, Burbank, California 91505-4657.

On July 9, 1999, I served a true copy of the **JUDGMENT [AMENDED PROPOSED]**, the original of which is affixed hereto, on the person (persons) hereinafter mentioned by depositing the same for collection and processing and mailing at Burbank, California, on the date hereinabove set forth in this Certificate, in a sealed envelope (envelopes) with the postage thereon fully prepaid, addressed (respectively) as follows:

David Wolf, Esq.
Wolf & Wolf
9000 Sunset Boulevard, Suite 1005
Los Angeles, California 90069

I have prepared the envelope containing the material served in the manner set forth above and placed it in the collection bin for deposit in the United States mail and in the ordinary course of business that envelope and all other envelopes in the bin will be deposited in the United States mail on the same day that is set forth above.

I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and know that, in the ordinary course of business, the correspondence is deposited with the United States Postal Service at 3500 West Olive Avenue, Suite 1100, Burbank, California 91505-4657 the same day that it is deposited for collection and mailing as set forth above.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the date set forth hereinabove at Burbank, California.

_Brenda C. Reed_                                          *Brenda Reed* (signature)
Print name of signator                                    Signature

31422.1