PAMELA CONLEY ULICH (Bar No. 168767)
TRISHA L. GUM (Bar No. 182898)
SCREEN ACTORS GUILD, INC.
5757 Wilshire Boulevard, 8th Floor
Los Angeles, California 90036
Telephone: (323) 549-6631
Facsimile: (323) 549-6624

Attorneys for Third Party Defendant
David Carradine

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL FILMS UK LIMITED, a company organized under the laws of England,<br><br>Defendant and Third Party Plaintiff,<br><br>v.<br><br>DAVID CARRADINE, an individual,<br><br>Third Party Defendant. | Case No. 98-6826 GHK (RZx)<br><br>**STIPULATION TO DISMISS THIRD PARTY COMPLAINT AND ARBITRATE THE DISPUTE**<br><br>The Honorable George H. King, presiding |

IT IS HEREBY STIPULATED, by and between Defendant and Third Party Plaintiff, Total Films UK Limited ("Total"), and Third Party Defendant David Carradine ("Carradine"), that:

1. Total withdraws and dismisses its Third Party Complaint in this action.

2. Total and Carradine shall promptly arbitrate the matters which are the subject matter of the Third Party Complaint filed in this Action, such arbitration to be conducted in

- 1 -

1. accordance with and pursuant to Section 9 of the 1989 Screen Actors Guild Codified Basic Agreement for Independent Producers, as amended in 1992 and 1995.

3. Total, Carradine and each of them waive any and all rights which they or either of them might have to object to the arbitrability pursuant to Section 9 of the 1989 Screen Actors Guild Codified Basic Agreement for Independent Producers, as amended in 1992 and 1995, of the matters which are the subject matter of the Third Party Complaint filed in this Action.

4. Carradine stipulates, consents and agrees that, in addition to any other means permitted by California law, delivery to the Screen Actors Guild, 5757 Wilshire Boulevard, Eighth Floor, Los Angeles, California 90036, attn: Pamela Conley Ulich, Esq. via U.S. Mails, certified mail, return receipt requested, of any process in the arbitration proceedings contemplated in paragraph 3 and each of them hereof shall constitute good and valid service of same upon Carradine.

5. Total stipulates, consents and agrees that, in addition to any other means permitted by California law, delivery to Wolf & Wolf, P.C., 9000 Sunset Boulevard, Suite 1005, Los Angeles, California 90069, attn: David M. Wolf, Esq. via U.S. Mails, certified mail, return receipt requested, of any process in the arbitration proceedings contemplated in paragraph 3 and each of them hereof shall constitute good and valid service of same upon Total.

6. Any arbitration conducted pursuant to this Stipulation shall be final and binding upon Carradine and Total. The award of the arbitrator will be enforceable in any court having competent jurisdiction.

///
///
///
///
///
///
///
///

-2-

1. IT IS SO STIPULATED.

2. Dated: July 23, 1999

Screen Actors Guild, Inc.

By: _____
Pamela Conley Ulich, Esq.
Attorney for THIRD PARTY
DEFENDANT DAVID CARRADINE

Dated: July 23, 1999

Wolf & Wolf, P.C.

By: _____
David M. Wolf, Esq.
Attorney for DEFENDANT AND THIRD
PARTY PLAINTIFF

T:\PAMELA\CASES\newswissfamily\stipulationdismissthirdparty.wpd

IT IS SO ORDERED:

_____
U.S. District Judge

Dated: 8/2/55

- 3 -