```
 1  ROBERT A. BUSH   (Bar No. 65357)
    PETER S. DICKINSON (Bar No. 139495)
 2  GEFFNER & BUSH
    A Law Corporation
 3  3500 West Olive Avenue
    Suite 1100
 4  Burbank, California 91505-4657
    Telephone:  (818) 973-3200
 5  Facsimile:  (818) 973-3201

 6  Attorneys for Plaintiffs TRUSTEES
    OF THE SCREEN ACTORS GUILD-PRODUCERS
 7  PENSION PLAN & TRUSTEES OF THE
    SCREEN ACTORS GUILD-PRODUCERS
 8  HEALTH PLAN
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> TOTAL FILM UK LIMITED, a United Kingdom Corporation, <br><br> Defendant. | Case No. 98-6826 GHK (RZx) <br><br> ORDER FOR APPEARANCE OF GERALD GREEN, AGENT FOR TOTAL FILM UK LIMITED <br><br> DATED: Sept 13, 1999 <br> TIME: 10:00 a.m. <br> CTRM: 23 |

Good cause appearing from the foregoing application of the Judgment Creditors,

IT IS ORDERED that Gerald Green, agent for Total Film UK Limited, appear in Courtroom 23 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California on Sept 13, 1999 at 10:00 a.m,

33691.1 11630.8814

ENTERED ON ICMS 8/4/99

to Questions
and answer concerning property subject to the ownership and control of the judgment debtor before the Honorable Ralph Zarefsky, United States Magistrate Judge.

IT IS FURTHER ORDERED that Gerald Green bring with him the following documents under his control or under the control of his agents, attorneys or accountants:

1. All original savings account pass books, certificates of deposit, and trust certificates in the name of Total Film UK Limited from July 1, 1999 to present.

2. All original negotiable instruments and negotiable securities in the name of Total Film UK Limited

3. All evidence and memoranda of any ownership interest of Total Film UK Limited, in any corporation, partnership, unincorporated association or any business organized or conducted for production of income from July, 1, 1999 to present.

4. All evidence and memoranda of any income received by Total Film UK Limited, from July 1, 1999 to present, to include but not limited to tax returns, insurance proceeds, repayment of loans, or receipt of income by gift, bequest or devise.

5. All evidence of any ownership interest of Total Film UK Limited, to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or machinery from July 1, 1999 to present.

6. All evidence of any debts or payments owed to Total Film UK Limited, to include but not limited to those arising from loans or judgments, from July 1, 1999 to present.

7. Any evidence that Total Film UK Limited, became or was the beneficiary of any trust or will since July 1, 1999.

33691.1 11630.8814

2

8. Any and all evidence or other memoranda indicating that Total Film UK Limited, was either a plaintiff or a defendant in any lawsuit from July 1, 1999 to present.

9. Any and all evidence and memoranda indicating that Total Film UK Limited, received any judgment, award, bequest or devise in any lawsuit or other court action from July 1, 1999 to present.

10. Any and all evidence and memoranda indicating an ownership interest of Total Film UK Limited, in any patent, invention, trade name, trademark or copyright.

11. Any and all evidence and memoranda indicating an ownership interest of Total Film UK Limited, in any real property or developments on real property.

12. Any and all evidence and memoranda indicating a transfer of assets by Total Film UK Limited, to any other individual or entity from July 1, 1999 to present.

<u>NOTICE TO JUDGMENT CREDITOR</u>: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEYS FEES INCURRED BY THE JUDGMENT CREDITORS IN THE PROCEEDING.

DATED: 8/2/99

_Ralph Zarefsky_
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE BY MAIL**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years, employed in the County of Los Angeles, State of California, and I am not a party to the above-entitled cause. I am employed in the office of Geffner & Bush, members of the bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 3500 West Olive Avenue, Suite 1100, Burbank, California 91505-4657.

On July 28, 1999, I served a true copy of the **ORDER FOR APPEARANCE OF GERALD GREEN, AGENT FOR TOTAL FILM UK LIMITED**, the original of which is affixed hereto, on the person (persons) hereinafter mentioned by depositing the same for collection and processing and mailing at Burbank, California, on the date hereinabove set forth in this Certificate, in a sealed envelope (envelopes) with the postage thereon fully prepaid, addressed (respectively) as follows:

David Wolf, Esq.
Wolf & Wolf
9000 Sunset Boulevard, Suite 1005
Los Angeles, California 90069

I have prepared the envelope containing the material served in the manner set forth above and placed it in the collection bin for deposit in the United States mail and in the ordinary course of business that envelope and all other envelopes in the bin will be deposited in the United States mail on the same day that is set forth above.

I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and know that, in the ordinary course of business, the correspondence is deposited with the United States Postal Service at 3500 West Olive Avenue, Suite 1100, Burbank, California 91505-4657 the same day that it is deposited for collection and mailing as set forth above.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the date set forth hereinabove at Burbank, California.

Michelle Rucker
Print name of signator                    Signature

31422.1