___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>TOTAL FILMS UK LIMITED, a company organized under the laws of England,<br><br>Defendant | Case No. 98-6826 GHK (RZx)<br><br>**ORDER [proposed]** |

Having considered the Stipulation of the parties dated June 16, 2000,

**IT IS HEREBY ORDERED THAT:**

1. The hearing on the order to show cause (the "OSC") why Gerald Green ("Green") should not be held in contempt of court and sanctioned is postponed until Monday, July 24, 2000 at 10:00 a.m.

2. Green may file any response to the OSC in writing not later than July 10, 2000, and any such response shall be served on plaintiffs prior to filing. Any factual matters contained as part of such response shall be made by affidavit or declaration under penalty of perjury in accordance with 28 U.S.C. § 1746.

1

ENTERED ON ICMS
  1 0 2000
CV

38.

3. Plaintiffs may file any reply to the response not later than July 17, 2000, and any such reply shall be served on Green prior to filing.

Dated: ~~June~~ July 6, 2000.

_____
Ralph Zarefsky
United States Magistrate Judge