```
 1  PETER S. DICKINSON (Bar No. 139495)
    ERICA DEUTSCH (Bar No. 204427)
 2  GEFFNER & BUSH
    A Law Corporation
 3  3500 West Olive Avenue
    Suite 1100
 4  Burbank, California 91505-4657
    Telephone:  (818) 973-3200
 5  Facsimile:  (818) 973-3201

 6  Attorneys for Plaintiffs TRUSTEES
    OF THE SCREEN ACTORS GUILD-PRODUCERS
 7  PENSION PLAN and TRUSTEES OF THE
    SCREEN ACTORS GUILD-PRODUCERS
 8  HEALTH PLAN
```

Priority X
S X
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED DEC -5 2002
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL FILM UK LIMITED, a United Kingdom Corporation,<br><br>Defendant. | Case No. 98-6826 GHK (RZx)<br><br>**APPLICATION FOR CONTINUANCE OF EXAMINATION OF JUDGMENT DEBTOR AND ORDER**<br><br>[F.R.CIV.P. 69]<br><br>DATE: January 27, 2003<br>TIME: 10:00 a.m.<br>CTRM: 20<br><br>Before the Honorable Ralph Zarefsky<br>312 N. Spring St.<br>Los Angeles, CA |

Plaintiffs and judgment creditors hereby apply for an Order continuing the date of the judgment-debtor exam of Total Films UK Limited through its officer Gerald Green.

This application is made on the grounds that Plaintiffs have been unable to effectuate service of process on Gerald Green, officer and/or director of Total Film UK Limited, the debtor

DEC - 6 2002

77107 1 11630 8814

corporation.

On November 5, 2002 an Order for Appearance of Gerald Green, officer and/or director of the debtor corporation, and directing the production of certain documents was entered by this Court. The appearance was scheduled for December 9, 2002 at 10:00 a.m. Based on reports by Pro-Courier service processor, Plaintiffs are informed and believe that Mr. Green has been out of the state, and was scheduled to return on December 2, 2002. Pursuant to F.R.Civ.P. 69 and California Code of Procedure § 708.110, and Order for Appearance must be served on the judgment debtor no later than ten (10) days before the appearance date. Because Mr. Green was out of the state, Plaintiffs were unable to serve him by November 29, 2002, prior to the December 9, 2002 appearance date.

For the foregoing reasons, Plaintiffs seek a continuance of the judgment-debtor exam, previously scheduled for December 9, 2002 to January 27, 2003 at 10:00 a.m.

DATED: December 3, 2002

PETER S. DICKINSON
ERICA DEUTSCH
GEFFNER & BUSH
A Law Corporation

By _____
Erica Deutsch
Attorneys for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCER PENSION AND TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLA

It is so ORDERED.

DATED: 12/5/02

_____
UNITED STATES MAGISTRATE JUDGE

2