1 | PETER S. DICKINSON (Bar No. 139495)
  | ERICA DEUTSCH (Bar No. 204427)
2 | GEFFNER & BUSH
  | A Law Corporation
3 | 3500 West Olive Avenue
  | Suite 1100
4 | Burbank, California 91505-4657
  | Telephone:  (818) 973-3200
5 | Facsimile:  (818) 973-3201

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED CLERK, U S DIST... MAR 14 2003 CENTRAL DISTRICT OF CALIFORNIA BY DEPU...

6 | Attorneys for Plaintiffs TRUSTEES
7 | OF THE SCREEN ACTORS GUILD-PRODUCERS
  | PENSION PLAN and TRUSTEES OF THE
8 | SCREEN ACTORS GUILD-PRODUCERS
  | HEALTH PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12 | TRUSTEES OF THE SCREEN ACTORS     )  Case No. CV 98-6826 GHK (RZx)
   | GUILD-PRODUCERS PENSION PLAN;     )
13 | and TRUSTEES OF THE SCREEN        )  **APPLICATION TO SET ASIDE ORDER**
   | ACTORS GUILD-PRODUCERS HEALTH     )  **FOR APPEARANCE OF GERALD GREEN**
14 | PLAN,                             )  **FOR EXAMINATION OF JUDGMENT**
   |                                   )  **DEBTOR AND ORDER**
15 |         Plaintiffs,               )
   |                                   )  [F.R.CIV.P. 69]
16 |    v.                             )
   |                                   )  DATE: March 24, 2003
17 | TOTAL FILM UK LIMITED, a          )  TIME: 10:00 a.m.
   | United Kingdom Corporation,       )  CTRM: 20
18 |                                   )
   |         Defendant.                )  Before the Honorable
19 | _____ )  Ralph Zarefsky
                                          312 N. Spring St.
20                                        Los Angeles, CA  90012

21

22 | Plaintiffs and judgment creditors hereby request this Court

23 | set aside the Order directing the appearance of Gerald Green,

24 | officer and/or director of Total Film UK Limited, judgment debtor,

25 | and Order directing the production of certain documents by Total

26 | Film UK Limited.

27 | / / /

28 | / / /

79674 1 11630 8814

ENTERED ON ICMS
MAR 17 2003
CV

On March 5, 2003, Mr. Green appeared at the Geffner & Bush offices in Burbank, California, and an examination of Mr. Green by Plaintiffs' counsel took place before a court reporter. Thus, an examination before the Court is no longer necessary.

DATED: March 11, 2003

PETER S. DICKINSON
ERICA DEUTSCH
GEFFNER & BUSH
A Law Corporation

By _____
Erica Deutsch
Attorneys for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCER PENSION AND
TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS HEALTH PLAN

**IT IS SO ORDERED.**

DATED: 3/14/03

_____
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am over the age of eighteen years, employed in the County of Los Angeles, State of California and am not a party to the within action. My business address is 3500 West Olive Avenue, Suite 1100, Burbank, California, 91505.

On March 11, 2003, I served a true copy of **APPLICATION TO SET ASIDE ORDER FOR APPEARANCE OF GERALD GREEN FOR EXAMINATION OF JUDGMENT DEBTOR AND ORDER [F.R.CIV.P. 69]** on all interested parties in this action as follows:

George I. Nagler, Esq.                Gerald Green
Law Offices of George I. Nagler       9107 Wilshire Blvd.
468 North Camden Drive, #200          Mezzanine
Beverly Hills, CA  90210              Beverly Hills, CA  90210

☒   BY MAIL: I caused such envelope to be deposited in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Burbank, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   BY FACSIMILE: By transmitting from my business address a true copy thereof from sending facsimile machine (818) 559-6473 addressed to each party at its facsimile telephone number set forth on the attached service list.

☐   BY PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

☐   (State)  I certify under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on March 11, 2003, at Burbank, California.

JENNIFER POLZIN

79674.1 11630 8814